UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TREVON MALIK COLLINS,

        Plaintiff,

    v.

CERBAS,

        Defendant.

Case No.  20-cv-05140-JD

**ORDER OF DISMISSAL**

      This is a civil rights case filed pro se by a detainee.  In the initial review order, the Court found that plaintiff had failed to state a claim and dismissed the complaint with leave to amend after discussing the deficiencies of the complaint.  Plaintiff was provided an extension, yet the time to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the Court.  This case is **DISMISSED** with prejudice for the reasons set forth in the prior order.

      **IT IS SO ORDERED.**

Dated: February 5, 2021

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California